**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

AZMERA KESETE                                    CIVIL ACTION NO. 25-1749

                                                 SECTION P

VS.

                                                 JUDGE TERRY A. DOUGHTY

BRIAN ACUNA, ET AL.                              MAG. JUDGE KAYLA D. MCCLUSKY

## ORDER

Petitioner Azmera Kesete, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions the Court for a writ of habeas corpus under 28 U.S.C. § 2241.

On November 18, 2025, Judge Terry A. Doughty ordered Respondents to respond to the petition by December 12, 2025.  [doc. # 8, p. 1].  To date, Respondents have not filed a response or sought an extension of time in which to respond.[1]

Accordingly, **IT IS ORDERED** that within **seven (7) days** from the date of this Order, Respondents shall (I) show cause why the Court should not impose appropriate sanctions for failing to comply with the Court's November 18, 2025 order and (II) file a response to the petition.

In Chambers, Monroe, Louisiana, this 4th day of March, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge

---

[1] Respondents only filed a response to Petitioner's motion for a temporary restraining order. [doc. # 9].