## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

AZMERA KESETE

VERSUS

BRIAN ACUNA ET AL

CASE NO.  3:25-CV-01749 SEC P

JUDGE TERRY A. DOUGHTY

MAG. JUDGE KAYLA D. MCCLUSKY

### JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 17], no objections thereto having been filed, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Azmera Kesete's ("Petitioner") Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** subject to Petitioner's right to re-urge his claim of prolonged detention if he has good reason to believe, in light of any changes in circumstance or new evidence, that his removal is not significantly likely in the reasonably foreseeable future.

MONROE, LOUISIANA, this 15th day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1